ESTHER R. ANDERSON, Respondent, v. THE BEDELL COMPANY, Appellant.— Order reversed on the facts, with costs, and verdict reinstated, with costs. The evidence presented a fair question of fact. There was no preponderance of evidence in favor of the plaintiff. All concur.

JOHN AUGEROT, Respondent, v. EDWARD BUZZELLI and Others, Appellants.— Judgment and order reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event.

MARIAN ALENT, an Infant, etc., Appellant, v. MORRIS KAPLAN, Respondent.— Judgment and order affirmed, with costs. All concur, except Crosby, J., not voting.

CARMELLA GUELLI, an Infant, etc., Respondent, v. IRMINA A. RILEY, Also Known as IRMINA FINK, Appellant.— Judgment and order affirmed, with costs. All concur, except Edgcomb and Thompson, JJ., who dissent and vote for reversal on the law and facts and for granting a new trial, on the ground that the court erred in permitting plaintiff's attorney to cross-examine plaintiff's witness Snyder, whom he had vouched for as worthy of belief, in an endeavor to impeach his evidence, and upon the further ground that counsel for plaintiff exceeded the proper limits in his summary.

JOSEPH GUELLI, Respondent, v. IRMINA A. RILEY, Also Known as IRMINA FINK, Appellant.— Judgment and order affirmed, with costs. All concur, except Edgcomb and Thompson, JJ., who dissent and vote for reversal on the law and facts and for granting a new trial, on the ground that the court erred in permitting plaintiff's attorney to cross-examine plaintiff's witness Snyder, whom he had vouched for as worthy of belief, in an endeavor to impeach his evidence, and upon the further ground that counsel for plaintiff exceeded the proper limits in his summary.

RAYMOND V. GREEN, Appellant, v. SYRACUSE UNIVERSITY, Respondent.— Judgment affirmed, with costs. All concur, except Crosby, J., not voting.

In the Matter of the Application of GRACE R. WHITE and LEONARD L. REYNOLDS for a Certiorari Order in Behalf of Themselves and All Others Similarly Situated, Appellants, against BOARD OF APPEALS OF THE CITY OF ROCHESTER, Respondent, and MORRIS COHEN, Intervenor, Respondent.— Order affirmed, with costs. All concur, except Crosby, J., not voting.

BEULAH D. BARDO, as Administratrix, etc., of CARL A. BARDO, Deceased, Respondent, v. WALTER H. CLEVELAND and Another, Appellants.— Judgment and order reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the verdict of the jury is against the weight of the evidence and that the trial court erred in charging the jury that the certificate of death was presumptive proof of the cause of death and in admitting the certificate in evidence. All concur, except Crosby, J., not voting.

LIBERA BRENNA, as Administratrix, etc., of VITO BRENNA, Deceased, Respondent, v. ST. BARTHOLOMEW OF GERACE, Appellant.— Judgment affirmed, with costs. All concur, except Crosby, J., not voting.

SAMUEL R. BROWN, Respondent, v. NIEWENHOUS COMPANY, INCORPORATED, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Order entered June 16, 1933.

EMIL R. HOFFMAN, Respondent, v. BERT SKINNER, Appellant.— Orders reversed on the law and facts and verdict reinstated, with costs in all courts on the ground